IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| MATTHEW AUGUSTUS CLAYTON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:07cv370 |
| MITCH WOODS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Matthew Augustus Clayton, an inmate formerly at the Jefferson County Correctional Facility, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that plaintiff's claims against defendant Mitch Woods be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's claims against defendant Mitch Woods are **DISMISSED.**

So **ORDERED** and **SIGNED** this **9** day of **February, 2010.**

_____
Ron Clark, United States District Judge